UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA    )
                          )
          v.              )       1:14-cr-00103-JAW
                          )
JOHN C. SLATER          )

**SEALING ORDER**

On January 29, 2016, this Court sentenced John C. Slater to 115 months incarceration for committing a bank robbery in violation of 18 U.S.C. § 2113(a). *J.* (ECF No. 77). In anticipation of his sentencing hearing, the parties filed sentencing memoranda. *Def. John C. Slater'[s] Sentencing Mem.* (ECF No. 57); *Gov't's Sentencing Mem.* (ECF No. 58); *Def. John C. Slater'[s] Reply Sentencing Mem.* (ECF No. 60). The memoranda discussed among other things whether Mr. Slater was entitled to a downward departure under the United States Sentencing Guidelines due to his age, U.S.S.G. § 5H1.1, his mental or emotional condition, § 5H1.3, and his military service, § 5H1.11, as well as other factors affecting his sentence. The memoranda addressed these same matters under 18 U.S.C. § 3553(a). At Mr. Slater's sentencing hearing, the Court and the parties openly discussed all the issues raised in the sentencing memoranda, including Mr. Slater's health. *See Tr. of Proceedings, Sentencing Proceedings* (ECF No. 88). No motion to seal either the sentencing memoranda or the sentencing hearing transcript was filed while the case was pending at district court.

On February 13, 2016, Mr. Slater filed a notice of appeal with this Court, appealing his conviction and sentence to the Court of Appeals for the First Circuit. *Notice of Appeal* (ECF No. 79).  On appeal, Mr. Slater moved to file the appendix under seal, including his sentencing memorandum, on the ground that it contained significant personal information about his health.  *See Gov't's Resp. to Def.'s Mot. to Seal Def.'s Sentencing Mem. and Reply Sentencing Mem.* (*Gov't's Resp.*) Attach. 1 *Order of Ct.* (ECF No. 90).  On January 20, 2017, the Court of Appeals for the First Circuit sealed Mr. Slater's entire sentencing memorandum.  *Id.*  The First Circuit also ordered the Defendant to file a motion in this Court to seal his sentencing memorandum.  *Id.*

In compliance with the Order of the First Circuit, on January 23, 2017, Mr. Slater filed a motion to seal his sentencing memoranda.  *Def. John C. Slater's Mot. to Seal his Sentencing Mem. and Reply Sentencing Mem.* (ECF No. 89).  On January 27, 2017, the Government responded indicating no objection to Mr. Slater's motion to seal in light of the First Circuit Order.  *Gov't's Resp.* at 1-3.

In accordance with the First Circuit Order, the Court GRANTS Defendant John C. Slater's Motion to Seal his Sentencing Memorandum and Reply Sentencing Memorandum (ECF No. 89).  In addition, as the Government noted in its response, the Government's sentencing memorandum also makes reference to Mr. Slater's health and in keeping with the spirit of the First Circuit Order, the Court SEALS the Government's Sentencing Memorandum (ECF No. 58).

The First Circuit did not address the sealing of the transcript of the sentencing hearing itself during which the Court and the parties discussed a number of sentencing issues, including Mr. Slater's health.  However, the import of the First Circuit's sealing order is that such references are to be sealed and so, in excess of caution, the Court also SEALS the transcript of the sentencing hearing (ECF No. 88).

It may be that the sealing of the entire memoranda and sentencing transcript is overbroad under *United States v. Kravetz*, 706 F.3d 47 (1st Cir. 2013).  However, as the First Circuit ordered that the entire sentencing memorandum be sealed, both at the First Circuit and implicitly in this Court, this Court assumes that the First Circuit prefers to have the entire record sealed for the time being.  In accordance with *Kravetz*, it may be that the First Circuit will later require the parties to prepare redacted documents to make publicly available those portions of the sentencing memoranda and the sentencing transcript that do not concern Mr. Slater's health. However, in the absence of a further Order from the Court of Appeals for the First Circuit and consistent with its obligation to comply with the Court of Appeals' orders, the Court seals all memoranda and the transcript.

Accordingly, the Court GRANTS Defendant John C. Slater's Motion to Seal his Sentencing Memorandum and Reply Sentencing Memorandum (ECF No. 89) and SEALS Defendant John C. Slater'[s] Sentencing Memorandum (ECF No. 57) and Defendant John C. Slater'[s] Reply Sentencing Memorandum (ECF No. 60).  Further, in keeping with this Order, the Court SEALS the Government's Sentencing Memorandum (ECF No. 58) and the Transcript of Proceedings, Sentencing

Proceedings (ECF No. 88), subject to further direction from the Court of Appeals for

the First Circuit.

  SO ORDERED.


        <u>/s/ John A. Woodcock, Jr.</u>
        JOHN A. WOODCOCK, JR
        UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2017